# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> ) <br> vs. ) <br> ) <br> ONE QUEENSRIDGE PLACE ) <br> HOMEOWNERS' ASSOCIATION, INC., ) <br> ) <br> Defendant(s). ) <br> _____) | Case No. 2:13-cv-01221-GMN-NJK <br><br> ORDER GRANTING MOTION <br> TO LIFT STAY <br><br> (Docket No. 28) |

Pending before the Court is Defendant One Queensridge Place Homeowners' Association, Inc.'s motion to lift stay. Docket No. 28. Defendant represents that the case is stayed pending the Nevada Supreme Court's ruling in *SFR Investment Pool 1, LLC v. US Bank*, et al., 130 Nev. Adv. Op. 75 (September 18, 2014). *Id.*, at 6. On November 10, 2014, the Court ordered any response to be filed no later than November 13, 2014. Docket No. 31. No response was filed. *See* Docket. Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly, Defendant's motion to lift stay (Docket No. 28) is **GRANTED**.

IT IS SO ORDERED.

DATED: November 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge