1    Jeffrey S. Allison (NV Bar # 8949)
     Daniel S. Ivie (NV Bar # 10090)
2    HOUSER & ALLISON
     A Professional Corporation
     3595 South Town Center Drive
3    Suite 105
     Las Vegas, Nevada 89135
4    Phone: (702) 410-7593
     Fax: (702) 410-7594
5    jallison@houser-law.com
     divie@houser-law.com

6    *Attorneys for Plaintiff*
     Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a
7    Countrywide Home Loans Servicing, LP

8                **UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 10   BANK OF AMERICA, N.A., SUCCESSOR | Case No. 2:13-cv-01221-GMN-NJK |
| 11   BY MERGER TO BAC HOME LOANS | |
|      SERVICING, LP, FKA COUNTRYWIDE | Hon. Gloria M. Navarro |
| 12   HOME LOANS SERVICING, LP, a national | **ORDER GRANTING** |
|      association, | **MOTION TO SUBSTITUTE COUNSEL** |
| 13 | **FOR PLAINTIFF BANK OF AMERICA,** |
|                Plaintiff, | **N.A.** |
| 14 | |
|    v. | |
| 15 | |
|    ONE QUEENSRIDGE PLACE | |
| 16   HOMEOWNERS ASSOCIATION, INC., a | |
|      Nevada non-profit corporation, | |
| 17 | |
|                Defendant. | |
| 18 | |

19         PLEASE TAKE NOTICE that Plaintiff Bank of America, N.A., Successor by Merger to

20    BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP, hereby moves the

21    Court for an order substituting of counsel of record as follows:

22    //

23    //

24    //

**Former Lead Counsel of Record:**

Gregory L. Wilde, Esq.
Kevin S. Soderstrom, Esq.
TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, Nevada 89107
glw@tblaw.com
kss@tblaw.com

The above should be removed and, consequently, should no longer receive notice of e-filings.

**New Lead Counsel of record will be:**

Jeffrey S. Allison, Esq.
Daniel S. Ivie, Esq.
HOUSER & ALLISON, APC
3595 S. Town Center Drive, Ste. 105
Las Vegas, Nevada 89135
(702) 410-7593 (Tel)
(702) 410-7594 (Fax)
jallison@houser-law.com
divie@houser-law.com

The above should be added as lead counsel and receive all future notices of e-filings.

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP consents to the above substitution.

_____
Authorized representative
Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP, by Ocwen, it's attorney-in-fact

**Jason A. Risk**
**Counsel**

-2-

The following attorneys consent to this substitution:

Dated: December 4, 2014          TIFFANY & BOSCO, P.A.


                                 _____/s/ Kevin S. Soderstrom_____
                                 Gregory L. Wilde, Esq.
                                 Kevin S. Soderstrom, Esq.
                                 Former Counsel for Plaintiff
                                 Bank of America, N.A., Successor by Merger to BAC Home
                                 Loans Servicing, LP, f/k/a Countrywide Home Loans
                                 Servicing, LP


Dated:  December 4, 2014         HOUSER & ALLISON, APC


                                 ____/s/ Daniel S. Ivie_____
                                 Jeffrey S. Allison
                                 Daniel S. Ivie
                                 New Counsel for Plaintiff
                                 Bank of America, N.A., Successor by Merger to BAC Home
                                 Loans Servicing, LP, f/k/a Countrywide Home Loans
                                 Servicing, LP


                         IT IS SO ORDERED.
                         DATED:  December 8, 2014




                                 _____
                                 NANCY J. KOPPE
                                 United States Magistrate Judge

-3-

1

**CERTIFICATE OF SERVICE**

2        Pursuant to FRCP 5(b), I certify that I am an employee of HOUSER & ALLISON, APC and that on this 23rd day of October, 2014, I caused the above and foregoing

3

**MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT BANK OF AMERICA, N.A.,**
4  **SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A**
**COUNTRYWIDE HOME LOANS SERVICING, LP**

5
to be served:
6

7        [ x ]    Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served via electronic service; or

8        [   ]    By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid; or

9
10       [   ]    Pursuant to F.R.C.P. 5(b)(2)(D), to be sent via facsimile; or

11       [   ]    To be hand-delivered;

12
to the attorney(s) listed below at the address and/or facsimile number indicated below:

13  **VIA ECF**
Jack Chen Min Juan, Esq.
Cody S. Mounteer, Esq.
14  MARQUIS AURBACH COFFING
10001 Park Run Drive
15  Las Vegas, Nevada 89145
*Attorneys for Defendant*
16  *One Queensridge Place HOA, Inc.*

17  Gregory L. Wilde, Esq.
Kevin S. Soderstrom, Esq.
18  TIFFANY & BOSCO, P.A.
212 South Jones Blvd.
19  Las Vegas, Nevada 89107

20
Dated: December 5 , 2014.
21
22        _____/s/ Sherie Cleere_____
An employee of HOUSER & ALLISON, APC

23

24