# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA N.A., | Case No. 2:13-cv-01221-GMN-NJK |
| Plaintiff(s), | **ORDER DENYING MOTION** |
| vs. | |
| ONE QUEENSRIDGE PLACE HOMEOWNERS' ASSOCIATION, INC., et al., | (Docket No. 46) |
| Defendant(s). | |

Pending before the Court is Defendant's motion filed on an *ex parte* basis. Docket No. 46. Documents filed *ex parte* are not available to the public or the other parties in the case. As such, *ex parte* motions are disfavored and only permitted in limited circumstances in which the movant has shown "compelling reasons" for the *ex parte* nature of its filing. Local Rule 7-5(c). No such showing has been made in this case. Accordingly, the pending motion is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE