1  **Marquis Aurbach Coffing**
   Jack Chen Min Juan, Esq.
2  Nevada Bar No. 6367
   10001 Park Run Drive
3  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
4  Facsimile: (702) 382-5816
   jjuan@maclaw.com
5    Attorneys for
     One Queensridge Place Association, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, a national association,

           Plaintiff,

vs.

ONE QUEENSRIDGE PLACE HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,

           Defendants,

ONE QUEENSRIDGE PLACE HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation;

           Counterclaimant,

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, a national association, DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,

           Counterdefendant.

Case No.:  2:13-cv-01221-GMN-NJK

ORDER GRANTING
**NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF**

/ / /
/ / /
/ / /
/ / /
/ / /

Page 1 of 2

MAC:13362-002 2524666_1 5/28/2015 8:28 AM

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties and counsel that Chad C. Clement, Esq., is no longer an attorney associated with the above-referenced matter, and further, that the email addresses of cclement@maclaw.com and hbenedict@maclaw.com be removed from the CM/ECF E-filing list.

Dated this 28th day of May, 2015.

MARQUIS AURBACH COFFING

By _____
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for
One Queensridge Place Association, Inc.

IT IS SO ORDERED.
DATED: May 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge