# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff(s), | Case No. 2:13-cv-01221-GMN-NJK |
| vs. | ORDER |
| ONE QUEENSRIDGE PLACE HOMEOWNERS' ASSOCIATION, INC., | (Docket No. 42) |
| Defendant(s). | |

On May 18, 2015, the Court scheduled a settlement conference in this case for August 6, 2015. Docket No. 42. On May 20, 2015, Chief United States District Judge Gloria M. Navarro ordered the parties to file a proposed discovery plan, which was approved on May 29, 2015. Docket Nos. 44, 51. Pursuant to the scheduling order, the discovery-cut off date is December 11, 2015. Docket No. 51, at 2. Accordingly, the Court hereby **VACATES** the settlement conference set for August 6, 2015. The parties are **ORDERED** to file a stipulation, no later than August 3, 2015, with a set of five mutually agreeable dates for the settlement conference that shall take place after the close of discovery.

IT IS SO ORDERED.

DATED: July 27, 2015

NANCY J. KOPPE
United States Magistrate Judge