UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE QUEENSRIDGE PLACE HOMEOWNER'S ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:13-cv-01221-GMN-NJK <br><br> ORDER <br><br> (Docket No. 56) |

    Pending before the Court is a stipulation to extend various deadlines. Docket No. 56. It appears that the extension requested was necessitated by the parties' decision to forego their discovery obligations while they attempted to settle the case. *Id*. at 2. However, the case law is abundantly clear that the parties' decision to forego discovery while they attempt to settle a case does not constitute either good cause or excusable neglect (which the parties fail to even address) to extend deadlines in the scheduling order. *See, e.g.*, *United States v. Jaynes Corp.*, 2015 U.S. Dist. Lexis 82928, *3 (D. Nev. June 22, 2015) (collecting cases).

    In light of the above, the pending stipulation is hereby **DENIED** without prejudice.

    IT IS SO ORDERED.

    DATED: November 9, 2015.

                                                     _____
                                                     NANCY J. KOPPE
                                                     United States Magistrate Judge