**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-01221-GMN-NJK |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ONE QUEENSRIDGE PLACE HOMEOWNERS' | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case is currently scheduled for a settlement conference on March 10, 2016, a date that was selected by the Court and the parties because it fell after the close of discovery. *See* Docket No. 54. On November 23, 2015, the Court granted the parties' request to extend the discovery deadlines, and the discovery cut-off date is now April 14, 2016.  Docket No. 62.

Accordingly, the Court hereby **VACATES** the settlement conference set for March 10, 2016. The parties are **ORDERED** to file a stipulation, no later than February 8, 2016, with a set of five mutually agreeable dates for the settlement conference that shall take place after the close of discovery.

IT IS SO ORDERED.

DATED: February 1, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge