```
SUBT
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

Attorneys for Bank of America, N.A.
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, a national association,<br><br>Plaintiff,<br><br>v.<br><br>ONE QUEENSRIDGE PLACE HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendant. | Case No.:   2:13-cv-01221-GMN-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LO, f/k/a Countrywide Home Loans Servicing, Inc., (**BANA**) hereby consents to the substitution of Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. of AKERMAN LLP as its counsel in the place and stead of Jacob S. Smith, Esq. and Shawn L. Walkenshaw, Esq. of Houser & Allison, APC, in the above-entitled matter.

DATED this 3rd day of ~~February,~~ March, 2016.

BANK OF AMERICA, N.A.

By: _/s/_

Its: Authorized Representative of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, its servicer

1

Jacob S. Smith, Esq. and Shawn L. Walkenshaw, Esq. of Houser & Allison, APC consent to the substitution of Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. of AKERMAN LLP as counsel of record in their place and stead on behalf of Bank of America, N.A.

DATED this 3rd day of February, 2016.

**HOUSER & ALLISON, APC**

*/s/ Jacob S. Smith*
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
SHAWN L. WALKENSHAW, ESQ.
Nevada Bar No. 13274
3900 PARADISE ROAD, SUITE 101
Las Vegas, Nevada 89169

Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for Bank of America, N.A.

DATED this 4th day of March, 2016.

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 4th day March, 2016, I served via CM/ECT electronic filing system, and/or deposited for mailing in the U.S. Mail postage prepaid, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** addressed as follows:

Shawn L. Walkenshaw, Esq.
Houser & Allison, P.C.
3900 Paradise Road, Suite 101
Las Vegas, NV 89169
swalkenshaw@houser-law.com

Jack C. Juan, Esq.
Cody S. Mounteer, Esq.
Marquis Aurbach Coffing
1001 Park Run Drive
Las Vegas, NV 89130
jjuan@maclaw.com
cmounteer@maclaw.com

/s/ Julia M. Diaz
An Employee of AKERMAN LLP

{36470971;1}