UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE QUEENSRIDGE PLACE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:13-cv-01221-GMN-NJK <br><br> ORDER |

Pending before the Court is Plaintiff's status report regarding settlement.  Docket No. 92.  Plaintiff submits that the parties have executed the settlement agreement and are in the process of finalizing other documents.  *Id*. at 1.  Plaintiff further represents that the parties "anticipate" filing a stipulation for dismissal on or before October 21, 2016.  *Id*.

On September 6, 2016, the Court ordered the parties to file a stipulation of dismissal and proposed order in the instant case no later than October 4, 2016.  Docket No. 91.  The Court further ordered that, if the parties could not comply with that date, they could file a request to extend the date on the docket.  The Court construes Plaintiff's status report as a motion to continue the date ordered by the Court.

. . . .

. . . .

. . . .

. . . .

1       For good cause shown, the Court **GRANTS** Plaintiff's request.  Docket No. 92.  The parties are
2 **ORDERED** to file a stipulation of dismissal and proposed order no later than October 21, 2016.  If the
3 parties determine that they cannot comply with this date, they must file either a motion or stipulation to
4 extend the deadline.
5       IT IS SO ORDERED.
6       DATED: October 5, 2016.

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge